UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00155-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE GRUNDEN, SR.; and
2. RENZA GRUNDEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the hearing on pending motions and status conference set for Friday, January 21, 2011 at 9:30 a.m. is **VACATED.** The hearing is **RESET** for **Tuesday, January 25, 2011 at 9:00 a.m.**

    Dated: January 18, 2011.