UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00155-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEORGE GRUNDEN, SR.; and
2.  RENZA GRUNDEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The hearing on pending motions and status conference set for Tuesday, January 25, 2011 at 9:00 a.m. is **VACATED**.  The hearing is **RESET** for **Tuesday, March 22, 2011 at 2:30 p.m.**

    Dated:  January 19, 2011.