UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00155-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE GRUNDEN, SR.; and
2. RENZA GRUNDEN,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to Defendants, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) and (F) [ECF No. 65], filed March 24, 2011. Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same. Accordingly, it is

ORDERED that the Government's motion is GRANTED, and that grand jury testimony and grand jury documents may be disclosed to Defendants and their attorneys in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendants and their attorneys; and that the defense attorneys shall maintain custody of such materials, and shall not

reproduce or disseminate the same.

    Dated:  April 4, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge