UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00155-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE GRUNDEN, SR.; and
2. RENZA GRUNDEN,

    Defendants.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is ORDERED as follows:

    1.    All non evidentiary motions shall be filed by **April 15, 2011.**  Any responses shall be due by **May 2, 2011.**  A hearing on such motions is **SET** for **Thursday, May 26, 2011 at 1:30 PM.**

    2.    All other motions, including Suppression motions and *James* motions along with all expert disclosures, shall be filed by **July 1, 2011.**  The Government's response to the *James* motion and all rebuttal expert disclosures shall be filed by **September 1, 2011.**  A hearing on these motions, and a status conference at which time a trial date will be scheduled, is **SET** for **Friday, September 16, 2011 at 9:00 AM.**

      3.      All challenges to expert testimony and severance motions shall be filed by **October 1, 2011**.

      4.      Fed. R. Evid. Rule 404(b) disclosures are due 45 days before trial.

Dated: April 7, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge