UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00155-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE GRUNDEN, SR.; and
2. RENZA GRUNDEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the hearing on all non-evidentiary motions set for Thursday, May 26, 2011 is **VACATED**. The hearing is **RESET** for **Wednesday, June 29, 2011** at **3:00 PM.**

    Dated: May 9, 2011.